UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :     INDICTMENT
                                     :
      -v.-                           :     08 Cr.
                                     :
RAHEEN DAVIS,
      a/k/a "Dice,"
                                     :
            Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - x

COUNT ONE

ATTEMPTED MURDER OF A FEDERAL OFFICIAL

   The Grand Jury charges:

   1.   On or about January 11, 2008, in the Southern District of New York, RAHEEN DAVIS, a/k/a "Dice," the defendant, unlawfully, willfully, and knowingly attempted to commit the murder, as that term is defined in Title 18, United States Code, Section 1111(a), of an officer and employee of the United States and an agency of the United States Government while such officer and employee was engaged in and on account of the performance of official duties, to wit, RAHEEN DAVIS, a/k/a "Dice," the defendant, attempted to kill a corrections officer ("Corrections Officer # One") at the Metropolitan Correctional Center, in New York, New York, by stabbing him repeatedly in the head and neck with a sharpened piece of metal that had been fashioned into a knife-like weapon or "shank."

   (Title 18, United States Code, Section 1114(3).)

COUNT TWO

ASSAULT OF A FEDERAL OFFICIAL

The Grand Jury further charges:

2. On or about January 11, 2008, in the Southern District of New York, RAHEEN DAVIS, a/k/a "Dice," the defendant, unlawfully, willfully, and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and an agency of the United States Government while engaged in and on account of the performance of official duties, and, in the commission of such acts, did use a deadly and dangerous weapon and inflict bodily injury, to wit, RAHEEN DAVIS, a/k/a "Dice," the defendant, attacked Corrections Officer # One at the Metropolitan Correctional Center, in New York, New York, by stabbing him repeatedly in the head and neck with a sharpened piece of metal that had been fashioned into a knife-like weapon or "shank."

(Title 18, United States Code, Sections 111(a) and 111(b).)

COUNT THREE

POSSESSION OF A WEAPON IN PRISON

The Grand Jury further charges:

3. On or about January 11, 2008, in the Southern District of New York, RAHEEN DAVIS, a/k/a "Dice," the defendant,

being an inmate of a prison, as that term is defined in Title 18, United States Code, Section 1791(d)(4), unlawfully, willfully, and knowingly made, possessed, and obtained, and attempted to make, possess, and obtain, a prohibited object, to wit, a weapon and an item designed to be used as a weapon, as that term is defined in Title 18, United States Code, Section 1791(d)(1)(B), to wit, RAHEEN DAVIS, a/k/a "Dice," the defendant, made, possessed, and obtained a sharpened piece of metal that had been fashioned into a knife-like weapon or "shank" in the Attorney Conference Area at the Metropolitan Correctional Center, in New York, New York.

(Title 18, United States Code, Sections 1791(a)(2) and 2.)

_____          _____
Foreperson                          Michael J. Garcia DMR
                                    United States Attorney