```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    NOTICE OF APPEARANCE
                                     AND REQUEST
            -v.-                :    FOR ELECTRONIC NOTIFICATION

Raheen Davis,                   :    08 Cr. 076 (DAB)
    a/k/a "Dice,"
                                :

            Defendant.          :
- - - - - - - - - - - - - - - x
```

TO:  Clerk of Court
     United States District Court
     Southern District of New York


        The undersigned attorney respectfully requests the Clerk to

note her appearance in this case and to add her as a Filing User to

whom Notices of Electronic Filing will be transmitted in this case.


                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York



                      By:  _____/s_____
                            Katherine A. Lemire
                            Assistant United States Attorney
                            (212) 637-2532
                            katherine.lemire@usdoj.gov


cc:  Gary Villanueva, Esq.