```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    NOTICE OF APPEARANCE
                                     AND REQUEST
          -v.-                  :    FOR ELECTRONIC NOTIFICATION

Raheen Davis,                   :    08 Cr. 076 (DAB)
   a/k/a "Dice,"
                                :
          Defendant.
                                :
- - - - - - - - - - - - - - - - x
```

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:      /s
   _____
   John M. Hillebrecht
   Assistant United States Attorney
   (212) 637-0064
   john.hillebrecht@usdoj.gov

cc:  Gary Villanueva, Esq.