```
                                        ┌─────────────────────────────┐
                                        │ USDC SDNY                   │
                                        │ DOCUMENT                    │
UNITED STATES DISTRICT COURT            │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK           │ DOC #:                      │
- - - - - - - - - - - - - - - - - - x   │ DATE FILED: 4/30/2008       │
                                  :     └─────────────────────────────┘
UNITED STATES OF AMERICA          :     ORDER
                                  :
          - v. -                  :     08 Cr. 076 (DAB)
                                  :
RAHEEN DAVIS,                     :
                                  :
              Defendant.          :
- - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Assistant United States John M. Hillebrecht, it is found that the Government has requested an exclusion of time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from the date of this order to June 9, 2008, to allow the defendant to review discovery;

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial;

Therefore, it is ORDERED that the request for an exclusion of time under the Speedy Trial Act from the date of this order to June 9, 2008, is hereby GRANTED pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated:    New York, New York
          April 29        , 2008

                              _Deborah A. Batts_
                              HONORABLE DEBORAH A. BATTS
                              UNITED STATES DISTRICT JUDGE