UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHEEN DAVIS,<br><br>                      Petitioner,<br><br>   – against –<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | **ORDER**<br><br>22 Civ. 1131 (ER)<br>08 Cr. 76 (ER) |

Ramos, D.J.:

      In letters dated April 10, 2022 and September 16, 2024, *pro se* petitioner Raheen Davis renews his request for the Court to appoint counsel to represent him. For the reasons stated in the Court's March 10, 2022 Order denying the request for the appointment of counsel, Davis' requests are DENIED.

      It is SO ORDERED.

Dated:  September 30, 2024
          New York, New York

                                                                 Edgardo Ramos, U.S.D.J.