Sept. 25, 2024

Raheem Davis
MCFP
P.O. Box 4000
Springfield, MO 65801

Clerk of court
(USDC) (SDNY)
500 Pearl Street
New York, N.Y. 10007

Case #'s 07cr624(LTS)
05cr1157(LAK)
08cr76(ER)

Re: actual injury claim

Dear, clerk of court:

Please take Judicial notice. I have a actual injury and deprivation of liberty interest claim for 23-6024. I am being stabbed up in my cell by the government, and they is frustrating and impedeing my litigations.

I can't go to the law library or read case law because Barack o'bama will not let me go. I am a layman to the law, and don't have legal assistance to help me file (legal work) on this matter. The law library in this institution is a computer that I don't no how to use, and they don't give computer classes or legal assistance here.

I don't know how to go about my litigation nomore. I know I need affidavits from the ~~state~~ officials on Apr. 6, 2024 letter to cnn, and don't have the resources or financial statement to get them. I have 35,000 people that need to be apprehended and

Prosecuted for constitutional violations. This food conspiracy violate every criminal and civil procedure in the book.

I'm in a mental institution for this extra judicial drug food conspiracy. I was ruled incompetent, wherefore, I'm not in my right state of mind. I can't continue my litigations unhealthy like this. I have been starved for 3 years straight and stabbed for 16 year in november. I been tortured for 16 years and 9 months in administrative segregation. I don't have no access to the courts, my hold FBI file is a fraud, because I'm a real Hostage! all my criminal and civil cases was manipulated by the government. All Doctors, Lawyers, Prosecutors, Judges And Justices is down with this military operation to force me to cooperate, all my cases was reset, and I was unable to litigate from this food conspiracy. I cant litigate being stabbed everyday. see 23-6024, sept. 10 2023 rotions violations. Bonds v South and Lewis v Casey they violated I don't have no access to the court like this.

wherefore, I ask for a legal team and military to litigate, apprehend, and prosecute this hostage situation. immediately, under penalty of perjury, (28 USC 1746) Rulean Davis. Please serve the Judges and Prosecutors with a copy of this. Thank you!

They is trying to give me a psychological and biological presence by stabbing me everyday, deliberate indifference to a serious physical and mental harm, I need help!

Roban Owns reg #8186004
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

(Legal Mail)

SPRINGFIELD MO 658
27 SEP 2024 PM 3 L

Clerk of court
(USDC) (SDNY)
500 Pearl Street
New York, NY 10007

65801-400007-191699



USM P3
SDNY