UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

                               Plaintiff,

        – against –

RAHEEN DAVIS,

                              Defendant.

**ORDER**

08 Cr. 76 (ER)

Ramos, D.J.:

        The Court is in receipt of four letters sent by *pro se* defendant Raheen Davis. Docs. 60–63. Davis generally renews his request for the Court to appoint counsel to represent him and also asks for the Court to appoint counsel to commence a class action against the Federal Bureau of Prisons. Docs. 60–63. For the reasons stated in the Court's March 10, 2022 Order denying the request for the appointment of counsel, Davis' requests are DENIED.

        It is SO ORDERED.

Dated: October 11, 2024
        New York, New York

                                                                 Edgardo Ramos, U.S.D.J.